UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

**UNITED STATES OF AMERICA**

        Plaintiff,

  -v-

                                                ORDER
                                              CV-03-4565(TCP)

**RIDAN DISPLAYS, INC.**

        Defendant.

--------------------------------------------------------X


        The United States of America moves for a default judgment against defendant, Ridan Displays, Inc.  A Clerk's Certificate noting the defendant's default having been issued on November 11, 2004, the motion for default is GRANTED.


        Plaintiff is directed to submit a proposed judgment order on notice as soon as possible.


                                                            /S/

                                                     Thomas C. Platt

                                                 U.S. District Judge


Dated: Central Islip, NY

        June 9, 2005